UNITED STATES OF AMERICA
NORTHERN DISTRICT OF NEW YORK

CUSHAAWN HARMON,
                          Plaintiff,

    -against-                                                                     9:10-CV-01290 (LEK/DEP)

J. HAMMILL, Sergeant; D. LaCLAIR,
Superintendent ; GETTMAN, Sergeant; C.
VOLPE, Nurse; JANE DOE, Nurse; T.
DUMAS; E. BJORK, Lieutenant; R.
BRAND, Officer; FLETCHER, Sergeant;
and JOHN DOE, Officer,

                          Defendants.
_____

## DECISION and ORDER

       This matter comes before the Court following a Report-Recommendation filed on August 25, 2011, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 28).

       Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Magistrate Judge Peebles' Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, it is hereby:

       **ORDERED**, that the Report-Recommendation (Dkt. No. 28) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

       **ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** for failure to prosecute

and failure to notify the Court of any change of address; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     September 19, 2011
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge